AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

MARK REYNOLDS,

Plaintiff,

V.

MERRILL LYNCH BASIC LONG TERM DISABILITY PLAN, MERRILL LYNCH SUPPLEMENTAL LONG TERM DISABILITY PLAN, and MERRILL LYNCH & CO., INC.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case: CIVIL 15-00109-JMS-RLP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

June 19, 2015

At 11 o'clock and 50 min a.m.
SUE BEITIA, CLERK

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Action is DISMISSED and DISMISSED as pursuant to, and in accordance with, the Court's order filed June 19, 2015:
The "ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT, DOC. NO. 7."

June 19, 2015
Date

SUE BEITIA
Clerk

/s/ Sue Beitia by AC
(By) Deputy Clerk